

100 WALL STREET
SUITE 700
NEW YORK, NEW YORK 10005
Tel: (212) 858-7769
Fax: (212) 858-7543
ManningKass.com

July 1, 2024

**VIA ECF**
Hon. Lara K. Eshkenazi
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **_Allstate Ins. Co., et al. v. Trend Med, Inc, et al._, 24-cv-1929 (NGG)(LKE)**

Dear Judge Eshkenazi:

    We represent Plaintiffs in the above-referenced matter and write to advise the Court of the status of the case in accordance with the Court's June 24, 2024 Order. The parties are pleased to inform the Court that they have reached an agreement in principle to resolve the matter. In order to allow for time for the parties to exchange a written agreement and finalize the settlement terms, the parties anticipate that the agreement will be complete within the next thirty days (30) days. Upon completion of the settlement, Plaintiffs will promptly file a Stipulation of Voluntary Dismissal concerning the named Defendants and Notices of Voluntary Dismissal for the John Doe and ABC Corporation Defendants.

    We thank the Court for its consideration of this matter.

Respectfully Submitted,

**MANNING │ KASS**

/s/ Lee Pinzow
_____
Lee Pinzow, Esq.

**DALLAS**
901 Main Street, Ste 6530
Dallas, TX 75202
(214) 953-7669

**LOS ANGELES**
801 S. Figueroa St, 15th Floor
Los Angeles, CA 90017
(213) 624-6900

**ORANGE COUNTY**
695 Town Center Dr., Ste 400
Costa Mesa, CA 92626
(949) 440-6690

**PHOENIX**
2700 N. Central Ave., Ste 870
Phoenix, AZ 85004
(602) 313-5469

**SAN DIEGO**
225 Broadway, Suite 1200
San Diego, CA 92101
(619) 515-0269

**SAN FRANCISCO**
One California St., Ste 900
San Francisco, CA 94111
(415) 217-6990