~~Exhibit "4"~~
**Stipulation of Dismissal**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ET AL., <br><br> Plaintiffs, <br><br> -against- <br><br> TREND MED, INC, ET AL., <br><br> Defendants. | 24-cv-1929 (NGG)(LKE) <br><br> STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE SOLELY AS TO TREND MED, INC AND ANASTASIA MALAYDAKH. |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, as follows:

1. Any and all claims and defenses by and between Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, and Allstate Property and Casualty Company (collectively "Plaintiffs"), on the one hand, and Trend Med, Inc and Anastasia Malaydakh ("Defendants"), on the other, are hereby voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

2. Plaintiffs and Defendants shall pay their own costs and attorneys' fees.

3. This Stipulation and Order of Voluntary Dismissal is solely limited to discontinuing claims by and between the parties hereto.

Dated: New York, New York
~~June ___, 2024~~
August 6, 2024

**MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP**

By: _____
Robert A. Stern, Esq.
James A. McKenney, Esq.
Lee Pinzow, Esq.
Wall Street Plaza
100 Wall Street, Suite 700
New York, New York 10005
*Counsel for Plaintiffs Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, and Allstate Property and Casualty Insurance Company*

**THE TADCHIEV LAW FIRM, P.C.**

By: _____
Boris Tadchiev, Esq.
299 Jericho Turnpike
Floral Park, NY 11001
*Counsel for Trend Med, Inc and Anastasia Malaydakh*

**SO ORDERED**
s/Nicholas G. Garaufis
_____
Nicholas G. Garaufis, U.S.D.J.

Dated: August 7, 2024