UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ALLSTATE INSURANCE COMPANY, ET AL.,

                                           Plaintiffs,

-against-

TREND MED, INC, ET AL.,

                                           Defendants.

24-CV-1929
(NGG)(LKE)

NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41(A)(1)(A)(I)

---

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, and Allstate Property and Casualty Insurance Company (collectively "Plaintiffs"), and their counsel, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants John Does 1 through 5 and ABC Corporations 1 through 5 ("Defendants").

Dated: August 6, 2024
       New York, New York

                                                  MANNING & KASS, ELLROD,
                                                  RAMIREZ, TRESTER LLP

                                                  By: __/s/ Lee Pinzow__
                                                     Robert A. Stern, Esq.
                                                     James A. McKenney, Esq.
                                                     Lee Pinzow, Esq.
                                                     *Counsel for Plaintiffs*
                                                     100 Wall Street Suite 700
                                                   New York, New York 10005
                                                   Tel:  (212) 858-7769
                                                   Fax:  (212) 858-7543

So Ordered
s/Nicholas G. Garaufis

Hon. Nicholas G. Garaufis
Date: 8/7/24